IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **BERNARDO HERNANDEZ GONZALEZ,** § | | |
| **TDCJ No. 1075996,** § | | |
| § | | |
| Petitioner, § | **CIVIL ACTION NO.** | |
| v. § | | |
| § | **SA-06-CA-0354 NN** | |
| **NATHANIEL QUARTERMAN, Director,** § | | |
| **Texas Department of Criminal Justice,** § | | |
| **Correctional Institutions Division,** § | | |
| § | | |
| Respondent. § | | |

## ORDER DENYING REQUEST FOR ADDITIONAL BRIEFING

The matter before the Court is petitioner's letter dated October 25, addressed to the undesigned requesting permission to file an additional 15-page brief. I directed the Clerk of the Court to file the letter as part of the record in this case and have construed the letter as a motion for an additional briefing opportunity. In the letter, Gonzalez explained that he had received assistance from an experienced inmate litigator who advised him to file additional briefing. Gonzalez asserted that briefing on the length of jury deliberations would show that he did not have fair and impartial jury at trial.

At the outset of this case, Gonzalez filed a 23-page petition, a 60-page supporting brief, and 82 pages of exhibits. Subsequently, he filed a 45-page response to the respondent's answer and 10 pages of exhibits. Then, with leave of court, Gonzalez filed a 7-page supplemental brief. Although I appreciate Gonzalez's desire to file another brief, no further briefing is required. In my detailed review of the record, I observed the length of time the jury deliberated as it was reflected in the trial

1

judge's docket sheet.  I considered the time the jury deliberated during my analysis of Gonzalez's claims.  Gonzalez has had a fair opportunity to brief his claims.  As a result, it is ORDERED that Gonzalez's request to file an additional brief is DENIED.

    **SIGNED** on October 30, 2006.

                                        _____
                                        NANCY STEIN NOWAK
                                        UNITED STATES MAGISTRATE JUDGE