FILED
AUG 28 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
August 23, 2007
Charles R. Fulbruge III
Clerk

No. 06-51623
USDC No. 5:06-CV-354

BERNARDO HERNANDEZ GONZALEZ

                    Petitioner-Appellant

v.

NATHANIEL QUARTERMAN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

                    Respondent-Appellee

Appeal from the United States District Court
for the Western District of Texas

O R D E R:

    Bernardo Hernandez Gonzalez, Texas prisoner # 1075996, was convicted by a jury of murder and was sentenced to 80 years in prison. He seeks a certificate of appealability (COA) to appeal the district court's denial of his 28 U.S.C. § 2254 petition challenging this conviction. Hernandez Gonzalez asserts that the jury panel was tainted and was biased against him, that the prosecution presented and the trial court admitted fabricated evidence and perjured testimony, that the prosecution withheld evidence, that the trial court denied him a complete copy of his state records, that the trial court wrongly denied a motion for continuance

when Hernandez Gonzalez absconded in the middle of the trial, that the indictment was fundamentally flawed, that trial and appellate counsel rendered ineffective assistance, that he was denied access to the courts by the actions of the Texas Court of Criminal Appeals, and that the trial court erred in denying his requested jury instructions. He has not established "that jurists of reason would find it debatable whether" the district court erred in denying relief on his claims. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003). To the extent that Hernandez Gonzalez is arguing that the trial court erred in its entry of the date his sentence commenced, this claim was never properly presented to the district court and will not be reviewed here. *See, e.g., Whitehead v. Johnson*, 157 F.3d 384, 388 (5th Cir. 1998). Consequently, the motion for COA is DENIED. Hernandez Gonzalez's request to proceed in forma pauperis on appeal is likewise DENIED.

/s/ Priscilla R. Owen
PRISCILLA R. OWEN
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:    AUG 2 3 2007
Clerk, U.S. Court of Appeals, Fifth Circuit
By Madeline Chigar
Deputy
New Orleans, Louisiana

3